**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CHANDRA JOSEPH-LACET
    Plaintiff(s)

v.          CIVIL ACTION NO.  15-13648-GAO

NATIONSTAR MORTGAGE, ET AL
    Defendant(s)

**JUDGMENT OF DISMISSAL**

O'TOOLE   U.S.D.J.

**IT IS  ORDERED AND ADJUDGED:**

In accordance with the court's E-Order, dated February 22, 2016, the defendants' unopposed Motion to Dismiss (dkt. No. 11) is GRANTED. The complaint is DISMISSED.

          ROBERT M. FARRELL
          CLERK OF COURT

Dated: 2/22/16      By  /s/ Paul Lyness
          Deputy Clerk